# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TERESA SIPE and MARTIN E. SIPE, | ) |
| Plaintiffs, | ) |
| v. | ) NO. 12-cv-231-JPG-SCW |
| VIRGINIA P. WALKER, | ) |
| Defendant. | ) |

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

Dated:     May 31, 2013         NANCY J. ROSENSTENGEL, Clerk of Court

By:S/Deborah Agans, Deputy Clerk


Approved:    s/ J. Phil Gilbert
             **J. PHIL GILBERT**
             **DISTRICT JUDGE**